## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL VELGOS, | Case No. CV 25-0186 FMO (ASx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE: VENUE** |
| NEXENTA BY DDN, INC., et al., | |
| Defendants. | |

On January 1, 2025, plaintiff Paul Velgos ("plaintiff") filed a complaint alleging violations of the Copyright Act, 17 U.S.C. § 106. (See Dkt. 1, Compl. at ¶¶ 30-64). On February 23, 2025, plaintiff filed a First Amended Complaint. (See Dkt. 23, "FAC" at ¶¶ 30-64).

With respect to venue, claims of copyright infringement "may be brought in the judicial district where the defendant resides, or where the defendant has committed acts of infringement and has a regular and established place of business." 28 U.S.C. § 1400(a). The Ninth Circuit has interpreted "this provision to allow venue in any judicial district where, if treated as a separate state, the defendant would be subject to personal jurisdiction." Brayton Purcell LLP v. Recordon & Recordon, 606 F.3d 1124, 1126 (9th Cir. 2010), abrogated by Axiom Foods, Inc. v. Acerchem Int'l, Inc., 874 F.3d 1064, 1070 (9th Cir. 2017).

Although plaintiff contends that venue is proper in this District, (see Dkt. 23, Complaint at ¶ 10), he does not allege any facts showing that venue is proper pursuant to 28 U.S.C. § 1400(a). (See, generally, id.).

Based on the foregoing, IT IS ORDERED THAT:

1. No later than **March 10, 2025**, plaintiff shall show cause in writing why this action should not be transferred for lack of proper venue.  **Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to transfer of the instant action to the appropriate venue**.  See 28 U.S.C. § 1406(a) (providing that a federal court may transfer a complaint filed in the wrong district to the correct district); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974); Costlow v. Weeks, 790 F.2d 1486, 1487-88 (9th Cir. 1986) (a district court may raise the issue of venue sua sponte).

2. If plaintiff wishes to transfer venue, plaintiff shall file a motion to transfer venue by the deadline set forth above.

Dated this 3rd day of March, 2025.

/s/
Fernando M. Olguin
United States District Judge